# FILED

01/20/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0562

IN THE SUPREME COURT OF MONTANA
Cause No. DA 22-0562

KILA SHEPHERD,

Plaintiff/Appellant,

vs.

STATE OF MONTANA, DEPARTMENT OF CORRECTIONS,

Defendant/Appellee.

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME**

Pursuant to Appellee's Unopposed Motion for Extension of Time to file its response brief and good cause shown,

IT IS HEREBY ORDERED that Appellee's Motion is GRANTED.

Appellee's Response brief will be due on or before March 3, 2023.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
January 20 2023